# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.S., a minor, by his parents and next friends, Wes and Ellen Sullivan<br>4200 Chesapeake Street, NW<br>Washington, D.C. 20016,<br><br>and<br><br>WESLEY AND ELLEN SULLIVAN<br>4200 Chesapeake Street, NW<br>Washington, D.C. 20016,<br><br><br>M.S., a minor, by her parents and next friends, Brian and Maria Sheridan<br>4527 Garrison Street, NW<br>Washington, DC 20016,<br><br>and<br><br>BRIAN AND MARIA SHERIDAN<br>4527 Garrison Street, NW<br>Washington, DC 20016,<br><br><br>R.W., a minor, by his parents and next friends, Alistair Wallbaum and Sarah Nugent<br>4812 46th Street, NW<br>Washington, D.C. 20016,<br><br>and<br><br>ALISTAIR WALLBAUM AND SARAH NUGENT<br>4812 46th Street, NW<br>Washington, D.C. 20016,<br><br><br>L.K., a minor, by his parent and next friend, Kathryn Keith<br>218 11th Street, NE<br>Washington, D.C. 20003,<br><br>and | **Civil Action No.**<br><br>_____ |

KATHRYN KEITH
218 11th Street, NE
Washington, D.C. 20003,


S.L., a minor, by his parent and next friend,
Amy Lovejoy
1164 Abbey Place, NE
Washington, D.C. 20002

and

AMY LOVEJOY
1164 Abbey Place, NE
Washington, D.C. 20002,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA,
A Municipal Corporation
One Judiciary Square
441 Fourth Street, NW
Washington, D.C. 20001,

    Defendants.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### Preliminary Statement

1. This is an action for payment and/or reimbursement of costs for special education and related services, including attorneys fees and costs, incurred by disabled children and their parents in the District of Columbia. Without cause or justification, and despite acknowledging their obligation for each cost, defendants have failed to carry out their legal duty to pay and/or reimburse those costs and, without the Court's intervention, plaintiffs will not be able to obtain relief.

**Jurisdiction**

2.  This Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.*, 28 U.S.C. §§ 1331 and 1343, 42 U.S.C. § 1983, and the Fifth Amendment of the United States Constitution.  Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

3.  Plaintiffs have exhausted their administrative remedies and seek enforcement of administrative Hearing Officer Decisions pursuant to the IDEA or settlement agreements resolving Due Process Appeals under the IDEA.

**Parties**

4.  Plaintiffs are disabled children and their parents who, at all times relevant to this action, were residents of the District of Columbia, and who prevailed in administrative hearings held pursuant to the IDEA and/or who successfully settled administrative appeals under that authority, and/or who were awarded or entered into settlement agreements for attorneys' fees and costs for pursuing and prevailing in those administrative actions.

5.  The District of Columbia is a municipal corporation receiving federal funds under the IDEA.  20 U.S.C. §§ 1400 *et seq*.  The District of Columbia Public Schools ("DCPS") is a local educational agency as defined by 20 U.S.C. § 1401, and as a part of the District of Columbia, receives financial assistance from the United States Department of Education. DCPS is responsible for complying with federal law with respect to the provision of a FAPE to each educationally disabled child in the District of Columbia.

## Factual Allegations

6.	All of the plaintiffs prevailed in administrative hearings pursuant to the IDEA, or through enforceable settlement agreements while pursuing administrative hearings pursuant to the IDEA.

7.	All plaintiffs have submitted claims and documentation thereof to defendants for payment and/or reimbursement of the costs of special education and/or related services pursuant to the decisions or settlement agreement, and/or for payment and/or reimbursement of attorneys' fees and costs, as requested.

8.	Defendants have failed to pay or reimburse those fees and costs as set forth in the table below:

| Name | Invoice Number | Date Submitted | Amount Submitted | Amount Still Due |
|---|---|---|---|---|
| W.S. | WS050421 | May 4, 2021 | $103,295.95 | $82,000 (per S.A.) |
| M.S. | MS051421 | May 14, 2021 | $52,367.50 | $40,000.00 (per S.A.) |
| R.W. | RW092921 | September 29, 2021 | $61,153.75 | $48,000.00 (per S.A.) |
| L.K. | LK112321 | November 23, 2021 | $7,465.00 | $7,465.00 |
| L.K. | LK1123212 | November 23, 2021 | $34,056.90 | $34,056.90 |
| S.L. | SL102621 | October 26, 2021 | $57,195.00 | $57,195.00 |
| S.L. | SL1026212 | October 26, 2021 | $3,050.00 | $3,050.00 |
| S.L. | SL1026213 | October 26, 2021 | $15,064.00 | $15,064.00 |

9.      Defendants' failure to pay or reimburse the fees and costs to which they have obligated themselves violates the IDEA, 42 U.S.C. § 1983, and the Fifth Amendment of the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court issue a judgment and order:

1.      Declaring that defendants have violated plaintiffs' rights under the IDEA and 42 U.S.C. § 1983;

2.      Compelling defendants to pay plaintiffs their documented costs for special education and related services and/or attorneys' fees and costs;

3.      Awarding plaintiffs their reasonable attorneys' fees and costs for this action; and

4.      Awarding such other relief as may be just and proper.

Respectfully Submitted,

/s/ Michael J. Eig

| | |
|---|---|
| Michael J. Eig | #912733 |
| Paula A. Rosenstock | #494580 |
| Meghan M. Probert | #1004929 |
| Haylie M. Iseman | #471891 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Michael.Eig@lawforchildren.com

Counsel for Plaintiffs